## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEBRA AND RUSSELL MARBURY** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **SECTION      "      "** |
| | * | |
| **CRACKER BARREL** | * | **JUDGE** |
| **OLD COUNTRY STORE, INC., AND** | * | **MAG.DIV.** |
| **SAFETY NATIONAL CASUALTY** | * | |
| **COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Cracker Barrel Old Country Store, Inc. ("Cracker Barrel") and Safety National Casualty Corporation ("Safety National") (hereinafter sometimes collectively referred to as "Defendants") give notice of the removal of this action from the 19st Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana. As grounds for this removal, Defendants state as follows:

1.

On April 30, 2018, Debra and Russell Marbury ("Plaintiffs") filed a Petition for Damages against Defendants in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, No. 668769 Section "D" alleging Defendants are liable for Plaintiffs' injuries in a slip-and-fall accident. A copy of the Petition and Service of Process Transmittal is attached hereto as Exhibit "A."

2.

Cracker Barrel was served with the Citation and Plaintiffs' Petition for Damages on May 15, 2018. A copy of the Citation served upon Cracker Barrel is attached hereto as Exhibit "B."

3.

Safety National was served with the Citation and Plaintiffs' Petition for Damages on May 16, 2018. A copy of the Citation served upon Safety National is attached hereto as Exhibit "C."

4.

In accordance with Louisiana C.C.P. Art. 983, the Petition did not demand a specific dollar amount.

5.

On July 5, 2018, Defendants filed an Answer and Jury Demand to Plaintiffs' Petition. A copy of the Answer is attached hereto as Exhibit "D."

6.

On September 24, 2018, in response to a discovery Interrogatory, Plaintiffs affirmatively stated that their demand exceeds $75,000. The Interrogatory response is attached hereto as Exhibit "E". This Interrogatory response served as written notice that Plaintiffs' claims exceed $75,000.00.

7.

This Notice of Removal has been filed within 30 days after Defendants were put on notice that Plaintiffs' claim was removable as required by 28 U.S.C. § 1446(b)(3).

8.

This case is an action over which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

9.

Plaintiffs were at the time of the filing of this action, and still are, citizens of the State of Louisiana.  Cracker Barrel was at the time of the filing of this action, and still is, a foreign corporation incorporated in the State of Tennessee and having its principal place of business in Tennessee.  Safety National was at the time of the filing of this action, and still is, a foreign corporation incorporated in the State of Missouri and having its principal place of business in Missouri.

10.

Cracker Barrel will provide notice to the Plaintiffs of this Removal, through delivery of a copy of this Notice of Removal to their counsel of record, and to the Clerk of the 19th Judicial District Court for the Parish of East Baton Rouge, through filing into the record therein a Notice of Filing Notice of Removal.

11.

WHEREFORE, Cracker Barrel Old Country Store, Inc. and Safety National Casualty Corporation respectfully request that this Court take jurisdiction of this action, and that this case be removed from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to this Court.

Dated this 11th day of October 2018.

Respectfully submitted,

*/s/ Stephannie M. McKinney*
Stephen C. Resor (Bar No. 16767) T.A.
Amy Dunn Hotard (Bar No. 31709)
Stephannie M. McKinney (Bar No. 35904)
Bryce D. Cohen (Bar No. 37076)
**SALLEY, HITE, MERCER & RESOR, LLC**
365 Canal Street
One Canal Place, Suite 1710
New Orleans, Louisiana 70130
Email: sresor@shmrlaw.com
ahotard@shmrlaw.com
smckinney@shmrlaw.com
bcohen@shmrlaw.com
Telephone: (504) 566-8800
Facsimile: (504) 566-8828
**Attorneys for Defendants,**
**Cracker Barrel Old Country Store, Inc.**
**And Safety National Casualty Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October 2018 I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed. I further certify that I mailed the foregoing document and notice of electronic filing to any non-CM/ECF participant.

*/s/ Stephannie M. McKinney*