| | |
|---|---|
| DEBRA AND RUSSELL MARBURY | NO. _____; SEC____ |
| VERSUS | 19th JUDICIAL DISTRICT COURT |
| CRACKER BARREL OLD COUNTRY STORE, INC. AND SAFETY NATIONAL CASUALTY CORPORATION | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come petitioners **DEBRA AND RUSSELL MARBURY**, person of the full age of majority domiciled in Parish of East Baton Rouge, State of Louisiana, who respectfully represent:

1.

The following parties are made defendants herein:

A. **CRACKER BARREL OLD COUNTRY STORE, INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana; and

B. **SAFETY NATIONAL CASUALTY CORPORATION**, a foreign insurance company or corporation authorized to do and doing business in the State of Louisiana;

C. **"JOHN DOE,"** believed to be of full age of majority and a resident of Louisiana, who on information and belief was a manager or employee of and acting within the course and scope of his employment with Cracker Barrel Old Country Store, Inc., on the date of the subject accident.

2.

On or about August 5, 2017, plaintiff, **DEBRA MARBURY**, was a patron and business invitee at the Cracker Barrel Old Country Store located on Plaza Americana Drive in Baton Rouge, Louisiana, was walking towards the bathrooms when she slipped in a puddle of vomit causing her to fall and sustain injuries to her head, traumatic brain injury, knees, and elbow. Petitioner was told by an employee of the defendant the liquid on the floor is believed to be vomit which came from another child patron, noticed by Mr. John Doe, an employee of Cracker Barrel, who left the vomit unattended before remedying and failed to warn petitioner of the existence of the vomit.

3.

The slippery surface encountered by plaintiff, **DEBRA MARBURY**, amounts to an unreasonably dangerous condition which was known to and existed upon the premises owned and/or operated by defendant, **CRACKER BARREL OLD COUNTRY STORE, INC.**, thus rendering this defendant liable to Petitioner for all damages complained of herein. This defendant knew, or in the exercise of reasonable care, should have known of the existence of this unreasonably dangerous

EXHIBIT A

condition and failed to warn plaintiff of said condition.

4.

At all times relevant herein, **"JOHN DOE"** was a manager or an employee of the store at issue in this lawsuit at the time of Petitioner's fall.

5.

At the relevant time herein, **"JOHN DOE"** was made aware of the vomit, and left the condition unattended at the time when Petitioner slipped and fell.

6.

As part of his duty as a manager or employee on duty, **"JOHN DOE"** was responsible correcting unsafe and hazardous conditions and warning patrons of the dangerous condition.

7.

Upon information and belief, the failure of **"JOHN DOE"** to properly correct and protect from the unsafe conditions that led to this accident is a direct cause of the accident.

8.

Defendants, including, but not limited to employees, executive officers, and supervisory personnel of **CRACKER BARREL OLD COUNTRY STORE, INC.** and **"JOHN DOE"** are liable, jointly and severally, for all damages sustained by Petitioner under the following non-exclusive legal causes of action:

    a)   Failure to maintain a reasonably safe premise for its patrons;

    b)   Failure to provide immediate assistance to plaintiff;

    c)   Failure to train its employees;

    d)   Failure to warn its patrons;

    e)   Reckless endangerment;

    f)   Reckless indifference;

    g)   Failing to correct a dangerous condition that defendants knew of; and,

    h)   Such other acts of fault and/or negligence as may be shown at the trial of this matter.

9.

At the time of the incident sued on herein, plaintiff alleges on information and belief that there was in full force and effect one or more policies of commercial general liability insurance issued by defendant, **SAETY NATIONAL CASUALTY CORPORATION**, to and in favor of

defendant, **CRACKER BARREL OLD COUNTRY STORE, INC.**, which insurance affords coverage for liability of the nature asserted herein against said defendant, and which insurance inures to the benefit of plaintiff.

10.

As a result of the incident sued on herein, plaintiff, **DEBRA MARBURY**, suffered severe and permanent injuries, including but not limited to her head, traumatic brain injury, knees, and elbow, which injuries have caused and will cause plaintiff residual disability, disfigurement and scarring, past and future pain and suffering, past and future mental anguish and distress, past and future loss of enjoyment of life, past and future medical expenses, and loss of past and future earnings or income earning capacity.

11.

Plaintiff, **RUSSELL MARBURY**, as the spouse of **DEBRA MARBURY**, is accordingly entitled to recover compensatory damages from all defendants, *in solido*, as may be reasonable in the premises, in accordance with the law and the evidence, for consortium damages, past and future loss of conjugal relations, past and future loss of love and affection, past and future grief, mental anguish and distress, past and future loss of services, past and future loss of society, and past and future loss of support.

11.

Plaintiffs accordingly aver entitlement to recover from defendants, *in solido*, damages as may be reasonable in the premises, in accordance with the law and the evidence.

**WHEREFORE**, plaintiffs pray that after due proceedings are had, there be judgment in favor of plaintiffs, **DEBRA AND RUSSELL MARBURY** and against defendants, **CRACKER BARREL OLD COUNTRY STORE, INC., "JOHN DOE", and SAETY NATIONAL CASUALTY CORPORATION**, *in solido*, for all compensatory damages supported by the law and the evidence, granting plaintiffs legal interest on all sums awarded from date of judicial demand until paid and casting defendants, *in solido*, with all costs of these proceedings including legal interest thereon.

Respectfully submitted:

**SAUNDERS & CHABERT**

HENRI M. SAUNDERS, LSBA No. 25236
SCOTTY E. CHABERT, JR. LSBA No. 30434
CHEYENNE MOELLER, LSBA No. 35253
6525 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 771-8100
Facsimile: (225) 771-8101
schabert@saunderschabert.com
*Attorneys for Plaintiffs*

**PLEASE SERVE:**

**CRACKER BARREL OLD COUNTRY STORE, INC.**
Through its agent for service of process
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**SAFETY NATIONAL CASUALTY CORPORATION**
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809



FILED
2018 APR 30 PM 1:
EAST BATON ROUGE PARISH, LA
DEPUTY CLERK OF COURT

CERTIFIED TRUE AND
CORRECT COPY

MAY 11 2018

East Baton Rouge Parish
Deputy Clerk of Court

 **CT Corporation**

**Service of Process Transmittal**
05/15/2018
CT Log Number 533344042

TO: Rich Wolfson, General Counsel
Cracker Barrel Old Country Store, Inc.
PO Box 787
Lebanon, TN 37088-0787

RE: **Process Served in Louisiana**

FOR: Cracker Barrel Old Country Store, Inc. (Domestic State: TN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Debra and Russell Marbury, Pltfs. vs. Cracker Barrel Old Country Store, Inc. and Safety National Casualty Corporation, Dfts. |
| DOCUMENT(S) SERVED: | Citation, Petition, Interrogatories and Request(s) |
| COURT/AGENCY: | 19th Judicial District Court, Parish of East Baton Rouge, LA<br>Case # C668769 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 08/05/17 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 05/15/2018 at 08:48 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after service (Document(s) may contain additional answer dates) |
| ATTORNEY(S) / SENDER(S): | Scotty E. Chabert, Jr.<br>Saunders & Chabert<br>6525 Perkins Rd.<br>Baton Rouge, LA 70808<br>225-771-8100 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 05/16/2018, Expected Purge Date: 05/21/2018<br><br>Image SOP |
| SIGNED: | C T Corporation System |
| ADDRESS: | 3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378 |
| TELEPHONE: | 954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.