**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

DEBRA MARBURY, ET AL.                                    CIVIL ACTION

VERSUS                                                              18-905-SDD-EWD

CRACKER BARREL OLD
COUNTRY STORE, INC., ET AL.

## RULING

The Court, after carefully considering the *Motion to Remand*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated September 6, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[3] is hereby GRANTED and this matter is remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED** that the alternative request for jurisdictional discovery by Defendants, Cracker Barrel Old Country Store, Inc. and Safety National Casualty Company, is hereby DENIED.

Signed in Baton Rouge, Louisiana the 24 day of September, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 22.
[3] Rec. Doc. 14.