**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**


DEBRA MARBURY, ET AL.                                          CIVIL ACTION

VERSUS                                                         18-905-SDD-EWD

CRACKER BARREL OLD
COUNTRY STORE, INC., ET AL.


## JUDGMENT

**CONSIDERING** this Court's *Ruling*[1] dated 9/24/2019;

*Judgment* is hereby rendered in favor of the Plaintiffs, and this matter is remanded

to the 19th Judicial District Court for the Parish of East Baton Rouge.

Signed in Baton Rouge, Louisiana on July 16, 2020.


_____

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**


19th JDC Certified


---

[1] Rec. Doc. 23.